# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

MICHELLE A. GLEICH,

    Plaintiff,

v.                                                          Case No. 16 CV 332-JDP

ANCHORBANK FSB,

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate to dismissal of the Complaint (Doc # 1) with prejudice and without further costs to any party.

Dated this 30th day of November, 2016.

                                      Respectfully submitted,

                                    **HAWKS QUINDEL, S.C.**
                                    Attorneys for Plaintiff

                    By:    */s/ Nicholas E. Fairweather*
                            Nicholas E. Fairweather
                            SBN 1036681
                            222 W. Washington Ave, Suite 450
                            P.O. Box 2155
                            Madison, WI 53701-2155
                            Telephone: 608-257-0040
                            Facsimile: 608-256-0236
                            Email(s): nfairweather@hq-law.com

**BECK, CHAET, BAMBERGER & POLSKY, S.C.**
Attorneys for Defendant


By: */s/ Barry L. Chaet*
Barry L. Chaet
SBN 1001405
Two Plaza East, Suite 1085
330 E. Kilbourn Avenue
Milwaukee, WI 53202
Phone: (414) 273-4200
Fax: (414) 273-7786
Email(s): bchaet@bcblaw.net